UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SUSSEX FARMS, LTD., | ) | Case No. 1:22-cv-01701 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| CHARLES O. MBANEFO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# JUDGMENT

On October 10, 2023, the Court held a status conference. Defendant failed to appear *pro se* or by counsel. In an Order scheduling the status conference, the Court notified Defendant that "[f]ailure to appear may result in appropriate sanctions, up to and including entry of default judgment." (ECF No. 33, PageID #195.)

Rule 16(f) states that if a party "fails to appear at a scheduling or other pretrial conference," the Court may "issue any just orders, including those authorized by Rule 37(b)(2)(A)(ii)–(vii)." Fed. R. Civ. P. 16(f)(1)(A). The cross-referenced sanctions in Rule 37 include (ii) limiting the disobedient party's claims, defenses, or evidence, (iii) striking pleadings, (iv) staying proceedings, (v) dismissing the action in whole or in part, (vi) "rendering a default judgment against the disobedient party," and (vii) initiating contempt proceedings. Fed. R. Civ. P. 37(b)(2)(A).

In its complaint, Plaintiff alleged that Defendant breached the parties' mutual release agreement. (ECF No. 1, ¶ 20, PageID #4.) On the face of the agreement, Dr. Mbanefo undertook an obligation to pay $325,000 in consideration for Sussex

Farms to release its claims against him. (ECF No. 1-2, PageID #10.) Defendant denies breaching the agreement—that is, Defendant denied his failure to pay Sussex Farms $325,000—and moved to dismiss the complaint. (ECF No. 14, ¶ 23, PageID #70; ECF No. 10.) At oral argument on the motion to dismiss, Defendant introduced as exhibits a declaration of Dr. Mbanefo and photocopies of two checks. (ECF No. 16-1 & 16-2, PageID #91–92 & 93–94.) Neither the declaration nor the checks refuted the allegation that Mr. Mbanefo failed to perform his contractual obligations, so the Court denied that part of the motion. (Minutes, Jan. 12, 2023.) But the Court granted Defendant's motion to dismiss the equitable claim of unjust enrichment, because the agreement controls the parties' obligations. (*Id.*)

The Court referred the parties to mediation (*id.*), but after three months they did not reach an agreement (Minutes, April 11, 2023). In June 2023, the Court set the schedule for discovery, including a fact discovery cut-off of November 30, 2023. (ECF No. 30.) On September 27, 2023—in the midst of discovery and with the discovery cut-off looming—counsel for Defendant moved to withdraw, and the Court granted the motion. (ECF No. 32; ECF No. 33.) In granting that motion, the Court ordered Defendant or new counsel to appear at a status conference on October 10, 2023. (ECF No. 33.) Aside from docketing the Order, the Court took additional measures to notify Dr. Mbanefo of the status conference, including twice contacting his email address that is part of the record. (ECF No. 17-2, PageID #103.) One of the emails was marked high priority and attached the Order scheduling the October 10

2

status conference. The Court took these additional measures because no substitute counsel had entered an appearance for Dr. Mbanefo.

The Court finds that Defendant had actual notice of the status conference. (*See* ECF No. 33; ECF No. 34.) Further, based on the record in this case, the Court finds that Defendant's conduct evinces an intent to frustrate the action against him and to forestall the conclusion of this litigation.

For these reasons, Defendant's failure to appear constitutes warrants a sanction under Rule 16(f)(1)(A). Under the circumstances, the record shows that Dr. Mbanefo no longer defending the breach of contract claim against him. Accordingly, the Court finds that the appropriate sanction is "rendering a default judgment against" Dr. Mbanefo. *See* Fed. R. Civ. P. 37(b)(2)(A)(vi).

Accordingly, the Court **ENTERS** a default judgment for Plaintiff under Rule 16(f). By October 25, 2023, the Court **ORDERS** Plaintiff to make a filing substantiating its damages.

**SO ORDERED.**

Dated: October 10, 2023

                J. Philip Calabrese
                United States District Judge
                Northern District of Ohio