**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SUSSEX FARMS, LTD., | Case No. 1:22-cv-01701 |
| Plaintiff, | Judge J. Philip Calabrese |
| v. | Magistrate Judge Jonathan D. Greenberg |
| CHARLES O. MBANEFO, | |
| Defendant. | |

**JUDGMENT**

For the reasons stated on the record at the conclusion of the bench trial held on January 23, 2024, the Court enters judgment in favor of Plaintiff Sussex Farms, Ltd. in the amount of $447,768.79, which consists of $325,000.00 principal plus prejudgment interest in the amount of $122,768.79. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure

**SO ORDERED.**

Dated:  January 23, 2024

J. Philip Calabrese
United States District Judge
Northern District of Ohio