**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSSEX FARMS, LTD., | ) | Case No. 1:22-cv-01701 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | Magistrate Judge |
| | ) | Jonathan D. Greenberg |
| CHARLES O. MBANEFO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AMENDED JUDGMENT

For the reasons stated on the record at the conclusion of the bench trial held on January 23, 2024, and those set forth in its Opinion and Order dated February 21, 2024, the Court enters this amended judgment in favor of Plaintiff Sussex Farms, Ltd. in the amount of $540,151.94, which consists of $325,000.00 principal plus prejudgment interest in the amount of $128,979.69 and attorneys' fees in the amount of $86,172.25. Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated:  February 21, 2024

_____
J. Philip Calabrese
United States District Judge
Northern District of Ohio